IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00664-WYD-KMT

NOBLE COMPLETIONS, LLC,

 Plaintiff,

v.

ALAN RONESS;
BRETT BALCER; and,
PEAK COMPLETION TECHNOLOGIES, INC.,

 Defendants.

---

## ORDER

---

 THIS MATTER is before the Court on plaintiff, Noble Completion, LLC's, Notice Of Voluntary Dismissal Pursuant To 41(a)(1)(A)(i) [ECF No. 12], filed on April 12, 2013. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

 ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

 Dated: April 15, 2013.

            BY THE COURT:

            /s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Senior U.S. District Judge